# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DANIEL HOWARD WEISS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69863 **FILED**<br><br>APR 1 9 2016<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |
| DANIEL HOWARD WEISS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69864 |
| DANIEL HOWARD WEISS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69865 |
| DANIEL HOWARD WEISS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69866 |
| DANIEL HOWARD WEISS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69867 |
| DANIEL HOWARD WEISS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69868 |

## ORDER DISMISSING APPEALS

These are appeals from judgments of conviction. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of these appeals. Counsel advises this court that he has informed

SUPREME COURT<br>OF<br>NEVADA

(O) 1947A

16-12276

appellant of the legal effects and consequences of voluntarily withdrawing these appeals, including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these appeals are forever waived. Having been so informed, appellant consents to a voluntary dismissal of these appeals. Cause appearing, we

ORDER these appeals DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. David A. Hardy, District Judge
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

---

[1]Because no remittitur will issue in these matters, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A